

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00088-CV

Guadalupe Cantu **FARIAS**, et al.,
Appellants

v.

Graciela **REYNA**, et al.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-261
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against the party who incurred them.

SIGNED August 26, 2015.

_____
Jason Pulliam, Justice